UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. ) |
| MARD, INC. F/K/A KIOR, INC., and FRED H. CANNON, JR., | ) ) ) ) |
| Defendants. | ) ) ) |

## CERTIFICATE OF INTERESTED PARTIES

The Securities and Exchange Commission is unaware of any person or entity, other than the defendants, who has a financial interest in the outcome of this litigation.

Dated: September 26, 2016             Respectfully Submitted,

                                    s/ Timothy L. Evans
                                    Timothy L. Evans
                                    Attorney-in-Charge
                                    Texas Bar No. 24065211
                                    S.D. Tex. Bar No. 1742859

                                    United States Securities and Exchange Commission
                                    801 Cherry Street, Suite 1900
                                    Fort Worth, Texas 76102
                                    Telephone: (817) 978-5036
                                    Fax: (817) 978-4927
                                    *evanstim@sec.gov*

                                    ATTORNEY FOR PLAINTIFF
                                    SECURITIES AND EXCHANGE COMMISSION