UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. ) |
| MARD, INC. F/K/A KIOR, INC., and FRED H. CANNON, JR., | ) ) ) ) |
| Defendants. | ) ) |

**AGREED MOTION TO ENTER AGREED JUDGMENTS AND CONSENTS**

Plaintiff Securities and Exchange Commission (the "Commission"), respectfully moves the Court for entry of the attached proposed Agreed Judgments as to Defendants Mard, Inc., formerly known as KiOR, Inc. ("KiOR") and Fred H. Cannon, Jr. ("collectively with KiOR "Defendants") ("the Agreed Judgments"). In support of this motion, the Commission states as follows:

1. On September 26, 2016, the Commission filed its complaint with this Court.

2. Prior to the commencement of this lawsuit, Defendants offered to settle the Commission's claims against them. The terms of this settlement are contained in their signed Consents, attached as Exhibits A and B to this motion, and filed concurrently herewith.

3. Under the Consents, Defendants waive service of process, appear in this action, and agree to the entry of final judgments against them without further notice. The proposed Agreed Judgments appear as Exhibits C and D to this motion.

4. The entry of the Agreed Judgments completely resolves this action against the Defendants.

5. Defendants agree to the filing of this motion and the entry of the Agreed Judgments and their consents.

Dated: September 26, 2016 				Respectfully Submitted,

  /s/ Timothy L. Evans
Timothy L. Evans
Attorney-in-Charge
Texas Bar No. 24065211
S.D. Tex. Bar No. 1742859

United States Securities and Exchange Commission
801 Cherry Street, Suite 1900
Fort Worth, Texas 76102
Telephone: (817) 978-5036 (Evans)
Fax: (817) 978-4927
*evanstim@sec.gov*

ATTORNEY FOR PLAINTIFF
SECURITIES AND EXCHANGE
COMMISSION